**Order filed December 2, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00479-CV**

_____

**IN THE INTEREST OF K.J.R. A/K/A K.R. AND K.J.R., CHILDREN**

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-02125J**

---

## ORDER

This court has not received sufficient assurance that appellant received a copy of the *Anders* brief filed in this appeal in compliance with *Anders v. California*, 386 U.S. 738 (1967). We have issued two orders requiring counsel to provide this court with a copy of the certified mail return receipt that counsel received when she mailed appellant a copy of the brief in this matter. Rather than comply with those orders, counsel sent a transmittal letter with appellant's address redacted.

We order counsel to file a copy of the certified mail return receipt that counsel received when she mailed appellant a copy of the brief in this matter **or**

some equivalent form a proof showing the *Anders* brief was delivered to appellant at the correct address by **Monday, December 7, 2020** or the court will withdraw the opinion and order the trial court to hold a hearing with appellant, counsel for appellant and counsel for the Department in attendance to determine whether the *Anders* brief was delivered to appellant; and if the brief was not delivered, whether the trial court should appoint new counsel on appeal.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.